902

No. 85–94.   ZIMMER PAPER PRODUCTS INC. *v.* BERGER & MONTAGUE, P. C., ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 85–115.   NATIONAL FREIGHT, INC., ET AL. *v.* LARSON, SECRETARY OF TRANSPORTATION OF PENNSYLVANIA, ET AL. C. A. 3d Cir.   Certiorari denied.

No. 85–122.   FIRST CITIZENS BANK OF BILLINGS *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.   C. A. 9th Cir.   Certiorari denied.

No. 85–131.   LEWIS *v.* BLACKBURN, CLERK OF SUPERIOR COURT FOR MECKLENBURG COUNTY, ET AL.   C. A. 4th Cir. Certiorari denied.

No. 85–156.   HOOVER ET AL. *v.* DOLE, SECRETARY OF TRANSPORTATION, ET AL.   Sp. Ct. R. R. R. A.   Certiorari denied.

No. 85–163.   BALAIR, LTD., ET AL. *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 85–254.   KEARNEY & TRECKER CORP. *v.* GULF SOUTH MACHINE, INC.   C. A. 5th Cir.   Certiorari denied.

No. 85–256.   HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* ST. JAMES HOSPITAL ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 85–261.   BINLADEN BSB LANDSCAPING *v.* M. V. "NEDLLOYD ROTTERDAM."   C. A. 2d Cir.   Certiorari denied.

No. 85–264.   ARAGON *v.* LOCAL No. 572, INTERNATIONAL BROTHERHOOD OF TEAMSTERS ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 85–265.   HALLSTROM ET AL. *v.* STIVERS ET AL.   Sup. Ct. Idaho.   Certiorari denied.

No. 85–266.   WILCO MARSH BUGGIES & DRAGLINES, INC., ET AL. *v.* KORI CORP. ET AL.   C. A. Fed. Cir.   Certiorari denied.